**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Kelly Larson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING BRIEFING SCHEDULE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Frank Bigignano, Commissioner of the Social Security Administration, | ) | Case No. 1:26-cv-154 |
| | ) | |
| Defendant. | ) | |

In accordance with Supplemental Rules for Social Security 6, 7, and 8, effective December 1, 2022, it is **ORDERED** that (1) Plaintiff's brief is due by August 31, 2026; (2) the Commissioner's responsive brief is due within thirty days after service of Plaintiff's brief; and (3) Plaintiff may file a reply brief within fourteen days after service of the Commissioner's brief.

It is further **ORDERED** that, when providing citations to the record, the parties are to cite the ECF page and document numbers rather than transcript page numbers.

Dated this 27th day of July, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court